**LaMonica Herbst & Maniscalco, LLP**
*Moving Forward. Staying Ahead.®*

**Lon J. Seidman, Esq.**
**Partner**
**516.826-6500 x207**
ls@lhmlawfirm.com

November 5, 2026

**VIA ECF**
Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Garantia LLC v. Chenciner, *et al.*,**
**Case No. 1-26-cv-08046 (MMG)**

Dear Judge Garnett:

This firm represents Plaintiff Garantia LLC in the above-referenced action.

We write in response to the Court's Order dated November 4, 2026 (Dkt No. 6).

In light of the Defendants' bankruptcy filings, Plaintiff does not object to this matter being transferred to the Florida bankruptcy court that is presiding over the Defendants' bankruptcy proceedings.

If the Court would like additional information, please let us know.

Respectfully,

Lon J. Seidman

LJS:rrl

The Clerk of the Court is respectfully directed to transfer this case to this district's Bankruptcy Court with a request to consider whether it should be transferred to the Middle District of Florida Bankruptcy Court, which appears to be presiding over both Defendants' bankruptcy proceedings.

The motion to remand at Dkt. No. 3 is DENIED as moot.

SO ORDERED. Dated November 6, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE